THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER (CBN 116429)
THOMAS K. BUCK (CBN 70307)
Assistant United States Attorneys
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464/3989
    Facsimile: (213) 894-7819
    robert.lester@usdoj.gov

Attorneys for Defendant

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RICHARD T. NG,

    Plaintiff,

    v.

JOHN W. SNOW, Secretary of the Treasury, U.S. Department of the Treasury, (Internal Revenue Service Agency),

    Defendant.

) No. CV 06-0578-AG(PLAx)
) [~~PROPOSED~~]
) **JUDGMENT**
) [Fed. R. Civ. P. 58]
) TRIAL
) DATE: Sept. 16, 2008
) TIME: 9:00 a.m.
) PLACE: Hon. Andrew J. Guilford

1  The above-entitled action having been tried to a jury,
2  plaintiff Richard Ng ("Plaintiff") having appeared in *pro se*
3  and Defendant Secretary of the Treasury ("Defendant") having
4  appeared through counsel, the jury having considered the evidence
5  presented at trial, and in accordance with the jury's verdict in
6  favor of Defendant on all claims,

   Pursuant to Fed. R. Civ. P. 58,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is
9  entered in favor of Defendant on all claims.

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that costs are
11 taxed against Plaintiff. in the amount of $_____.

12 DATED: ~~September~~ October 2, 2008.

                                    _____
                                        UNITED STATES DISTRICT JUDGE

15 Presented by:

16 THOMAS P. O'BRIEN
   United States Attorney
17 LEON W. WEIDMAN
   Assistant United States Attorney
18 Chief, Civil Division

19 /s/ Robert I. Lester
   _____
20 ROBERT I. LESTER
   THOMAS K. BUCK
21 Assistant United States Attorneys

22 Attorneys for Defendant

**CERTIFICATE OF SERVICE BY EMAIL**

I am a citizen of the United States and resident or employed in Los Angeles County, California. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012. I am over the age of 18 and not a party to the within action.

On **September 23, 2008**, I served by email a copy of **PROPOSED JUDGMENT** to:

>   **Richard Ng**
>   **15356 Cristalino Street**
>   **Hacienda Heights, CA 91745**
>   **Richard.T.Ng@irs.gov** and **RichardNgCPAtty@yahoo.com**

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct.

Executed on: **September 23, 2008** at Los Angeles, California.

>   /s/ Robert I. Lester
>   **ROBERT I. LESTER**

**Lester, Robert (USACAC)**

| | |
|---|---|
| **From:** | ecf-helpdesk@cacd.uscourts.gov |
| **Sent:** | Tuesday, September 23, 2008 5:00 PM |
| **To:** | Lester, Robert (USACAC) |
| **Subject:** | PROPOSED ORDER: LA06CV00578-133-AG-Defendant |
| **Attachments:** | 20080923.Judgment.wpd; 20080923.CR 133.Notice of Lodging Proposed Judgment.pdf |

\*\*\* ATTORNEY COPY \*\*\*

==================================================
This is an automatically generated email, please
do not respond.
==================================================

1